# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2252
Lower Tribunal No. 15-124 SP

_____


**United Automobile Insurance Company**,
Appellant,

vs.

**Gables Insurance Recovery, Inc.,
a/a/o Roberto Sanchez**,
Appellee.


An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Michael J. Neimand, for appellant.

The Billbrough Firm, and G. Bart Billbrough, for appellee.


Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Fayad v. Univ. of Miami, 307 So. 3d 114, 118 (Fla. 3d DCA 2020) ("A trial court's denial of a motion to amend a complaint is generally an abuse of discretion unless (1) the privilege to amend has been abused, (2) the amendment would prejudice the opposing party, or (3) the amendment would be futile."); Grove Isle Ass'n, Inc. v. Grove Isle Assocs., LLLP, 137 So. 3d 1081, 1095 (Fla. 3d DCA 2014) (same); see also Bldg. B1, LLC v. Component Repair Servs., Inc., 224 So. 3d 785, 789 (Fla. 3d DCA 2017) (recognizing that Florida Rule of Civil Procedure 1.190's liberal amendment policy diminishes as a case progresses to trial and, based on the prejudice to the opposing party, finding no abuse of discretion in the trial court's decision given the lateness of the request to amend).